# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136207

MICHIGAN COMMUNITY ACTION AGENCY
ASSOCIATION,
        Appellant,

v

                                    SC: 136207
                                    COA: 267194

MICHIGAN PUBLIC SERVICE COMMISSION        MPSC:  U-14403
and CONSUMERS ENERGY COMPANY,
        Appellees.

_____/

On order of the Court, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk